# Court of Appeals of the State of Georgia

ATLANTA, June 13, 2018

*The Court of Appeals hereby passes the following order:*

**A18I0187. MAYO CLINIC HEALTH SYSTEM IN WAYCROSS, INC. v. THOMAS et al.**

Mayo Clinic Health System in Waycross seeks interlocutory review of the trial court's order denying its motion to recuse. Upon consideration, the application is GRANTED. The applicant shall have ten days to file a notice of appeal in the trial court.

On appeal, the parties are directed to brief the issue of whether the trial judge had an independent obligation to recuse in this case regardless of the motion to recuse.



*Court of Appeals of the State of Georgia*
*Clerk'sOffice,Atlanta,  06/13/2018  I certify*
*that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

